IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLY SIMENTAL, | | |
| Plaintiff, | | Civil Action No.: 1:24-cv-04333 |
| v. | | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 52 | CSWMZQZY |
| 24 | 林萍萍 |
| 9 | CYAYA Wall Art |
| 35 | beihoushangmaoyouxiangongsi |
| 32 | CREATCABIN US |
| 57 | Luoning corporation |
| 14 | huanfu4060 |
| 16 | yichangshiyilingqukuannenshangmaohang |

DATED:  July 11, 2024 				Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 11, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt

Case: 1:24-cv-04333 Document #: 27 Filed: 07/11/24 Page 3 of 3 PageID #:677